**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*(ELECTRONICALLY FILED)*

| | |
|---|---|
| DEBBIE GRASSMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., ET AL. )<br>)<br>Defendants. )<br>) | CASE NO. 3:15-CV-776-JHM |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Debbie Grassman, and the Defendant, Experian Information Solutions, Inc., each by counsel, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Experian Information Solutions, Inc. are hereby DISMISSED WITH PREJUDICE as settled, each party to bear their own attorneys' fees and costs.

HAVE SEEN AND AGREED:

_____
**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

David W. Hemminger (with permission)
David W. Hemminger
*Counsel for Plaintiff*

February 28, 2017

*s/Margaret Jane Brannon*
Margaret Jane Brannon
*Counsel for Defendant Experian Information Solutions, Inc.*

1

4833-8873-4531.V1